UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. :25-CR- |
| | : | |
| v. | : | |
| | : | (Judge            ) |
| RICK GOODLING, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
26 U.S.C. §7201
(Tax Evasion)

At times material to this Information:

1.    RICK GOODLING was a resident of Cumberland County, Pennsylvania, within the Middle District of Pennsylvania.

3.    Beginning in 2018, GOODLING was employed as a supervisory compliance officer with Pace-O-Matic, Inc. ("POM"), a Duluth, Georgia based company that supplies software for "skill machines" throughout Pennsylvania and other parts of the United States.

4.    As a supervisory compliance officer with POM, GOODLING

supervised other individuals known to the United States, who worked as compliance officers within POM underneath GOODLING.

6. GOODLING used his positions as a POM compliance officer to facilitate straw purchases of POM software for skill machine operators who GOODLING knew were not authorized by POM company rules to purchase said software.

7. As payment for these services, GOODLING received cash and other payments from the skill machine operators.

8. GOODLING and other POM compliance officers, known to the United States, formed consulting business partnerships, including Bogowe Consulting LLC., ("BOGOWE") to falsely claim the above-described payments were business expenses on their Internal Revenue Service ("IRS") 1065 Forms in Tax years 2019-2022.

9. In the tax years 2019-2022, GOODLING caused to be filed false and fraudulent Form 1040 federal income tax returns, which included Schedule K-1 forms that understated income due to overinflated business expenses from the aforementioned Form 1065 tax returns and resulted in impeding the IRS's function to verse and

2

enforce the collection of revenue and taxes.

10. From on or about January 1, 2019, the exact date being unknown, and continuing thereafter up to and including November 9, 2023, in Cumberland County, Pennsylvania, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**RICK GOODLING,**

did willfully attempt to evade and defeat a large part of the substantial tax due and owing by him to the United States of America for the calendar years 2019-2022, by committing the following affirmative acts, among others:

(a) By preparing and causing to be prepared, and by filing and causing to be filed the above-described false and fraudulent Form 1040 federal income tax returns, which included Schedule K-1 forms, which were submitted to the Internal Revenue Service ("IRS"); and

(b) said forms understated the defendant's income due to overinflated business expenses from the above-described Form 1065 tax returns and resulted in impeding the IRS's function to

verse and enforce the collection of revenue and taxes; and

(c) the defendant's actions resulted in the underpayment of his tax liability totaling approximately $104,920.76.

In violation of Title 26, United States Code, Section 7201.


BRIAN D. MILLER
United States Attorney


_____
JAMES M. BUCHANAN
Assistant United States Attorney

12/29/2025
_____
Date

4