**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| United States of America | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Criminal No. 25-cr-00322 |
| Rick Goodling | : | |
| | : | |
| | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Mary G. Hutchings (PA ID # 336119) and Saul Ewing LLP

on behalf of Defendant Rick Goodling in the above-captioned matter.


Dated: December 31, 2025

/s/ *Mary G. Hutchings*
Mary G. Hutchings, Esq. (PA ID 336119)
Saul Ewing LLP
2 N. Second Street, 7th Floor
Harrisburg, PA  17101
mary.hutchings@saul.com | 215-972-7872
*Attorney for Defendant Rick Goodling*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the Entry of Appearance of Mary

G. Hutchings as counsel for Defendant Rick Goodling was served electronically on all counsel of

record via the Court's CM/ECF System.

<em><u>/s/ Mary G. Hutchings</u></em><br>Mary G. Hutchings

Dated: December 31, 2025