**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | Crim. No. 1:25-cr-00322 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| RICK GOODLING | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 7th day of January, 2026, **IT IS ORDERED THAT** an

initial appearance and plea hearing as to Rick Goodling is **SCHEDULED** for

**February 3, 2026, at 8:30 a.m.**, Courtroom No. 8A, Eighth Floor, Sylvia H.

Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

**IT IS FURTHER ORDERED THAT**:

1. Counsel for the United States shall provide the statement of facts for the plea hearing to counsel for Defendant no later than 48 hours prior to the hearing.

2. Counsel for the United States shall provide copies of the statement of facts to the court and the assigned probation officer at the start of the plea hearing.

3. Counsel for the United States and counsel for Defendant shall confer regarding any issues that will need to be resolved prior to the start of the plea hearing in order to avoid any delay in the hearing.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania