## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    Crim. No. 1:25-CR-00322

                v.             :

RICK GOODLING           :    Judge Jennifer P. Wilson

**FILED**
HARRISBURG, PA

FEB 03 2026

PER_____ K&____
DEPUTY CLERK

## <u>WAIVER OF INDICTMENT</u>

**AND NOW**, on this 3rd day of February 2026 the above-captioned defendant,

being advised of the nature of the charge and of rights, hereby waives in open Court

prosecution by Indictment and consents that the proceedings may be by Information.

_____
(Defendant's Signature)

_____
(Defense Counsel)