# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:25-CR-00322 |
| | : | |
| v. | : | |
| | : | |
| RICK GOODLING | : | Judge Jennifer P. Wilson |

FILED
HARRISBURG, PA

FEB 03 2026

PER_____
DEPUTY CLERK

## PLEA

**AND NOW,** on this 3rd day of February 2026 the above-captioned defendant

hereby pleads _____ Guilty _____ to the Information.

_____
(Defendant's Signature)

_____
(Defense Counsel)